## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>     *Plaintiffs,*<br><br>          v.<br><br>METRO PAIN SPECIALISTS PROFESSIONAL CORPORATION d/b/a METRO PAIN SPECIALISTS MEDICINE, LEONID SHARPIRO, M.D., YAN MOSHE a/k/a YAN LEVIYEV, PREMIER ANESTHESIA ASSOCIATES, PA and NIZAR KIFAIEH, M.D.,<br><br>     *Defendants.* | Civil Action No.: 1:21-cv-05586-DG-RER<br><br>Hon. Ramon E. Reyes, Jr. |

## STIPULATION TO SET ASIDE ENTRIES OF DEFAULT AND ORDER

It is hereby stipulated between the undersigned counsel for Plaintiffs, Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company and Allstate Fire & Casualty Insurance Company (collectively, "Plaintiffs") and the undersigned counsel for Defendants, Yan Moshe a/k/a Yan Leviyev, Premier Anesthesia Associates, PA, and Nizar Kifaieh, M.D. (collectively, "Defendants") that the Entries of Default as against the Defendants be set aside and the Defendants be allowed an extension to file a responsive pleading; and for good cause shown:

**IT IS** on this _____ day of December, 2021, **ORDERED** as follows:

1.      The defaults entered against Defendants are hereby **VACATED**.

2.      The time for Defendants to file a responsive pleading is extended until December

6, 2021.


_/s/ Jasmine G. Vieux_                          _____/s/ Keith J. Roberts_____

Jasmine G. Vieux, Esq.                          Keith J. Roberts, Esq.

KING, TILDEN, MCETTRICK & BRINK P.C.            BRACH EICHLER, LLC

1325 Franklin Ave                               101 Eisenhower Parkway

Suite 320                                       Suite 201

Garden City, NY 11530                           Roseland, New Jersey 07068

(347) 710-0050                                  (973) 228-5700

jvieux@ktmpc.com                                kroberts@bracheichler.com

*Attorneys for Plaintiffs,*                     *Attorneys for Defendants, Yan Moshe a/k/a Yan*

*Allstate Insurance Company, Allstate Property &*   *Leviyev, Premier Anesthesia Associates PA,*

*Casualty Insurance Company, Allstate Indemnity*    *and Nizar Kifaieh, M.D.*

*Company and Allstate Fire & Casualty Insurance*

*Company*


Dated:  December 1, 2021                         Dated:  December 1, 2021



**SO ORDERED:**



_____

Hon. Ramon E. Reyes, Jr., U.S.M.J.