UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>  Plaintiffs,<br><br>  vs.<br>METRO PAIN SPECIALISTS PROFESSIONAL CORPORATION, d/b/a METRO PAIN SPECIALISTS MEDICINE,<br>LEONID SHAPIRO, M.D.,<br>YAN MOSHE a/k/a/ YAN LEVIYEV,<br>PREMIER ANESTHESIA ASSOCIATES, PA, AND NIZAR KIFAIEH, M.D.<br><br>  Defendants. | C.A. No. 1:21-cv-05586-DG-RER |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated and agreed by Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively "Allstate"), and Defendants Leonid Shapiro, M.D. and Metro Pain Specialists Professional Corporation d/b/a Metro Pain Specialists Medicine, through their undersigned counsel, that Allstate's Complaint (Dkt. No. 1) be dismissed as to Leonid Shapiro, M.D. and Metro Pain Specialists Professional Corporation d/b/a Metro Pain Specialists Medicine, with prejudice and without cost to any party.

[SIGNATURE PAGE FOLLOWS]

1

Respectfully Submitted,

| Plaintiffs,<br>*Allstate Insurance Company,*<br>*Allstate Property & Casualty Insurance Company*<br>*Allstate Indemnity Company, and*<br>*Allstate Fire & Casualty Insurance Company,* | Defendants,<br>*Leonid Shapiro, M.D. and Metro Pain Specialists Professional Corporation d/b/a Metro Pain Specialists Medicine,* |
|---|---|
| By Their Attorneys: | By Their Attorneys: |
| */s/ Michael W. Whitcher*<br>_____<br>Richard D. King, Jr. (RK8381)<br>Nathan A. Tilden (NT0571)<br>Michael W. Whitcher (MW7455)<br>Jasmine Garcia-Vieux (JG1805)<br>Caitlin F. Keresey (CK3994)<br>King, Tilden, McEttrick & Brink, P.C.<br>100 Ring Road, Suite 211<br>Garden City, NY 11530<br>(347) 710-0050<br>rking@ktmpc.com<br>ntilden@ktmpc.com<br>mwhitcher@ktmpc.com<br>jvieux@ktmpc.com<br>ckeresey@ktmpc.com | */s/ Kevin J. Windels*<br>_____<br>Peter Alan Stroili<br>Kevin Joseph Windels<br>Matthew Lee<br>Kaufman Dolowich & Voluck LLP<br>40 Exchange Place<br>20th Floor<br>New York, NY 10005<br>pstroili@kdvlaw.com<br>kwindels@kdvlaw.com<br>mlee@kdvlaw.com |
| Dated:  December 16, 2022 | Dated:  December 16, 2022 |

SO ORDERED:

Dated:        Brooklyn, New York               _____
              _____, 2022                Gujarati, J.
                                                United States District Judge