UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br> METRO PAIN SPECIALISTS PROFESSIONAL CORPORATION, d/b/a METRO PAIN SPECIALISTS MEDICINE, <br> LEONID SHAPIRO, M.D., <br> YAN MOSHE a/k/a/ YAN LEVIYEV, <br> PREMIER ANESTHESIA ASSOCIATES, PA, AND <br> NIZAR KIFAIEH, M.D. <br><br> Defendants. | C.A. No. 1:21-cv-05586-DG-RER |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated and agreed by Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively "Allstate"), and Defendants Yan Moshe, Premier Anesthesia Associates PA, and Nizar Kifaieh M.D., through their undersigned counsel, that Allstate's Complaint (Dkt. No. 1) be dismissed as to Yan Moshe, Premier Anesthesia Associates PA, and Nizar Kifaieh M.D., with prejudice and without cost to any party.

[SIGNATURE PAGE FOLLOWS]

1

Respectfully Submitted,

| Plaintiffs, | Defendants, |
|---|---|
| *Allstate Insurance Company,* | *Yan Moshe, Premier Anesthesia Associates* |
| *Allstate Property & Casualty Insurance* | *PA, and Nizar Kifaieh M.D.,* |
| *Company* | |
| *Allstate Indemnity Company, and* | |
| *Allstate Fire & Casualty Insurance Company,* | |

By Their Attorneys:                                                          By Their Attorneys:

*/s/ Michael W. Whitcher*                                                */s/ Shannon Carroll*
_____           _____
Richard D. King, Jr. (RK8381)                                 Keith Roberts
Nathan A. Tilden (NT0571)                                     Shannon Carroll
Michael W. Whitcher (MW7455)                          Brach Eichler, LLC
Jasmine Garcia-Vieux (JG1805)                            101 Eisenhower Parkway, Suite 201
Caitlin F. Keresey (CK3994)                                   Roseland, NJ 07068
King, Tilden, McEttrick & Brink, P.C.                  (973) 228-5700
100 Ring Road, Suite 211                                        scarroll@bracheichler.com
Garden City, NY 11530                                           kroberts@bracheichler.com
(347) 710-0050
rking@ktmpc.com
ntilden@ktmpc.com
mwhitcher@ktmpc.com
jvieux@ktmpc.com
ckeresey@ktmpc.com


Dated:  January 27, 2023                                        Dated:  January 27, 2023


SO ORDERED:

Dated:        Brooklyn, New York                          _____
                   _____, 2023                           Gujarati, J.
                                                                                      United States District Judge

2